**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re M & O Homebuilders, Inc., Orlando Cuello, Maria De Jesus Gamez, and Texas Homebuilders, LLC

Appellate case number:    01-16-00602-CV

Trial court case number:  2014-07209

Trial court:                 190th District Court of Harris County

Relators, M & O Homebuilders, Inc., Orlando Cuello, Maria De Jesus Gamez, and Texas Homebuilders, LLC, have filed an Emergency Motion to stay the underlying litigation pending resolution of the petition for writ of mandamus. The Emergency Motion is **GRANTED**. The trial court proceedings in cause number 2014-07209, are **STAYED**, pending resolution of the petition for writ of mandamus.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        ☑ Acting individually    ☐ Acting for the Court

Date: August 22, 2016